UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WALLACE,<br><br>　　　　Petitioner,<br><br>　v.<br><br>GASTELO,<br><br>　　　　Respondent. | No.  2:19-cv-2224-TLN-EFB P<br><br><br>ORDER |

　　　Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On April 27, 2020, petitioner requested an extension of time to file his objections to the April 13, 2020 findings and recommendations.

　　　Good cause appearing, it is ORDERED that petitioner's request (ECF No. 9) is granted and petitioner has 30 days from the date this order is served to file his objections.

Dated:  April 30, 2020.

　　　　　　　　　　　　　　　　_/s/ Edmund F. Brennan_
　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE