UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WALLACE,<br><br>      Petitioner,<br><br>      v.<br><br>GASTELO,<br><br>      Respondent. | No. 2:19-cv-2224-TLN-EFB P<br><br><br><u>ORDER</u> |

On July 8, 2020, this habeas case was closed and judgment was duly entered. ECF Nos. 17 & 18. On July 21, 2020, petitioner filed a motion to amend accompanied by a first amended petition. ECF Nos. 20 & 21. The court takes no action on petitioner's filings because this case is now closed. The court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated: July 30, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE